FILED
IN OPEN COURT

FEB 18 2015

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 15CR26 |
| | ) | |
| v. | ) | Count 1: 18 U.S.C. §371 |
| | ) | (Conspiracy to Commit Bribery) |
| JOHN LEE JONES, | ) | |
| | ) | Count 2: 18 U.S.C. §201(b)(1)(A) and (C) |
| Defendant. | ) | (Bribery of a Public Official) |
| | ) | |
| | ) | |

## CRIMINAL INFORMATION

THE UNITED STATES CHARGES THAT:

COUNT 1
(Conspiracy to Commit Bribery)

From at least in or around October 2011 to in or around September 2014, within the Eastern District of Virginia and elsewhere, the defendant, JOHN LEE JONES, did unlawfully, knowingly, and intentionally combine, conspire, confederate, and agree with public officials and other persons known and unknown to the United States to commit offenses against the United States: that is (a) to directly and indirectly, corruptly give, offer and promise things of value to public officials, with the intent to influence the public officials in the performance of their official acts, contrary to Title 18, United States Code, Section 201(b)(1); and (b) to directly and indirectly, corruptly demand, seek, receive, accept, and agree to receive and accept things of value, in return for being induced to do or omit to do things in violation of his official and lawful duties, contrary to Title 18, United States Code, Section 201(b)(2).

In furtherance of the conspiracy and to effect the objects and purposes thereof, JOHN LEE JONES and co-conspirators performed overt acts, including but not limited to the following: on or about July 9, 2014, in Falls Church, Virginia, within the Eastern District of Virginia, the defendant voted "yes" at an Military Personnel Services Corporation (MPSC) Board of Directors' meeting to pay then retired Army National Guard (ARNG) Colonel Robert Porter a 1% bribe payment for contracts that Colonel Porter had steered to MPSC while on active-duty with the ARNG and serving as an official of the National Guard Bureau.

(In violation of Title 18, United States Code, Section 371).

COUNT 2

(Bribery of a Public Official)

On or about July 9, 2014, in Falls Church, Virginia, within the Eastern District of Virginia, and elsewhere, the defendant, JOHN LEE JONES, did knowingly and intentionally, directly and indirectly, corruptly give, offer, and promise a thing of value to a public official, with intent to (i) influence any official act; and (ii) induce a public official to do an act and omit to do an act in violation of such official's lawful duty, to wit: the defendant voted "yes" at an MPSC Board of Directors' meeting to pay then retired Colonel Robert Porter a 1% bribe payment for ARNG contracts that Colonel Porter had steered to MPSC while serving on active-duty with the ARNG and serving as an official of the National Guard Bureau.

(In violation of Title 18, United States Code, Section 201(b)(1)(A) and (C)).

DANA J. BOENTE
United States Attorney
Eastern District of Virginia

By: _____
Jonathan L. Fahey
Assistant United States Attorney

WILLIAM STELLMACH
Acting Chief, Fraud Section
Criminal Division

By: _____
Alison L. Anderson
Trial Attorney

3